IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TERRY GALE PLUNK                                          PLAINTIFF

    v.                    Civil No. 09-3039

CITY OF HARRISON, *et al.*                              DEFENDANTS

<u>O R D E R</u>

NOW on this 2nd day of May, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 109), to which no objections have been filed.  The Court, being well and sufficiently advised, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (Doc. 109) is hereby adopted *in toto.*

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report and Recommendation of the Magistrate Judge** (Doc. 109), plaintiff's **Motion to Dismiss** (Doc. 100) is hereby **Granted** and, therefore, plaintiff's complaint is hereby **Dismissed Without Prejudice.**

**IT IS FURTHER ORDERED** that, should plaintiff re-file his complaint in this matter, that defendants Harris, Jenkins, Lovass, Hickman, Pemberton, Smith, Bright, Hollis and McCullough may make a request for fees and costs associated with this action.

    IT IS SO ORDERED.

<u>/s/ Jimm Larry Hendren</u>
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE